IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROBERTA WENDT,

      Plaintiff**,**

v.

DENNIS SCOTT CARRUTHERS

and

D. SCOTT CARRUTHERS, A PROFESSIONAL LAW CORPORATION,

      Defendants.

**COURT FILE NO.:** 10-CV-2469 JWL/KMH

## COMPLAINT AND JURY DEMAND

### JURISDICTION

1. Jurisdiction of this Court arises under 28 U.S.C. § 1331 and 15 U.S.C. § 1692k(d).

2. This action arises out of the Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

### VENUE

3. Venue is proper in this District because the acts and transactions occurred here, the Plaintiff resides here, and the Defendants transact business here.

### PARTIES

4. Plaintiff, Roberta Wendt, is a natural person who resides in the City of Mission, County of Johnson, State of Kansas.

5. The Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Defendant D. Scott Carruthers, a Professional Law Corporation, is a California entity, with no listed Kansas registered agent, and may be served in California with process at 8448 Katella, Stanton, California 90680..

7. Defendant Dennis Scott Carruthers is a California attorney with no listed Kansas registered agent, and may be served in California with process at 8448 Katella, Stanton, California 90680...

8. Each Defendant is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

9. The principal purpose of each Defendant is the collection of debts using the mails and telephone, and the Defendants regularly attempt to collect debts alleged to be due another.

## FACTUAL ALLEGATIONS AND CAUSES OF ACTION

10. Sometime prior to the filing of the instant action, the Plaintiff allegedly incurred a financial obligation that was primarily for personal, family or household purposes namely an amount due and owing on a personal account (hereinafter the "Account").

11. The Account is a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

12. The Account went into default with the original creditor.

13. After the Account went into default, the Account was placed or otherwise transferred to the Defendants for collection.

14. The Plaintiff disputes the Account.

15. The Plaintiff requests that the Defendants cease all further communication on the Account.

16. The Plaintiff requests that the Defendants validate the debt pursuant to 15 U.S.C. § 1692g.

17. In the year prior to the filing of the instant action, the Defendants and/or representatives, employees and/or agents of the Defendants made telephone calls to and sent correspondence to Plaintiff,

18. The purpose of these telephone calls and correspondence was to attempt to collect the Account.

19. The telephone calls and correspondence conveyed information regarding the Account directly or indirectly to the Plaintiff.

20. The telephone calls and correspondence each individually constituted a "communication" as defined by FDCPA § 1692a(2).

21. The only reason that the Defendants and/or representatives, employees and/or agents of the Defendants made telephone calls to and sent correspondence to the Plaintiff was to attempt to collect the Account.

22. During the telephone calls, representatives, employees and/or agents of the Defendants caused Plaintiff's telephone continuously to ring with the intent to annoy, abuse and harass Plaintiff in violation of 15 U.S.C. § 1692d preface and d(5).

23. Within the correspondence, Defendants falsely threatened to "begin preparing your case for a lawsuit to be filed in Johnson County" in violation of 15 U.S.C. § 1692e preface, e(4), e(5), e(7) and e(10).

24. As a consequence of the Defendants' collection activities and communications, the Plaintiff has suffered actual damages, including emotional distress.

## RESPONDEAT SUPERIOR

25. The representatives and/or collectors at the Defendants were employees of and agents for the Defendants, were acting within the course and scope of their employment at the time of the incidents complained of herein and were under the direct supervision and control of the Defendants at all times mentioned herein.

## JURY TRIAL DEMAND

The Plaintiff is entitled to and hereby demands a trial by jury.  US Const. amend. 7., Fed. R. Civ. Pro. 38.

## DESIGNATION OF PLACE OF TRIAL

Plaintiff requests Kansas City, Kansas as the place of trial.

## PRAYER

**WHEREFORE**, the Plaintiff prays that the Court grants the following:

1. Actual damages under 15 USC § 1692k(a)(1).

2. Statutory damages under 15 USC § 1692k(a)(2)(A).

3. Reasonable attorneys fees and costs pursuant to 15 USC § 1692k(a)(3).

4. A finding that the Defendants violated the FDCPA.

5. Such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ J. Mark Meinhardt
J. Mark Meinhardt #20245
4707 College Blvd., Suite 100
Leawood, KS  66211
913-451-9797
Fax 913-451-6163

ATTORNEY FOR PLAINTIFF