## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROBERTA WENDT,                                   Civil File No. 10-2469-JTM

      Plaintiff,

vs.                                               **NOTICE OF DISMISSAL**
                                                    **WITH PREJUDICE**

DENNIS SCOTT CARRUTHERS, et al,

      Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                              Respectfully submitted,

Dated:   03/21/2011                       /s/ J. Mark Meinhardt
                                              J. Mark Meinhardt KS # 20245
                                              4707 College Blvd, Suite 100
                                              Leawood, KS 66211
                                              (913) 451-9797 (Telephone)
                                              (913) 451-6163 (Facsimile)
                                              meinhardtlaw@sbcglobal.net

                                              **ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2011, a copy of the above Notice of Dismissal was mailed via first class United States Mail, postage prepaid, to the following:

Dennis Scott Carruthers
8448 Katella
PO Box 228
Stanton CA 90680-0228

/s/Sherri S. Fisher
Sherri S. Fisher
Paralegal to J. Mark Meinhardt